Kevin C. Nicholas (SBN 015940)
nicholas@lbbslaw.com
Michael F. Edgell (SBN 021064)
medgell@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email:  azdocketing@lbbslaw.com
Attorneys for Defendant Sheraton Operating Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Bartleman and Dawn Bartleman, husband and wife,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Sheraton Operating Corporation, a Delaware corporation, as operator of Sheraton Wild Horse Pass Resort & Spa; Starwood Hotels & Resorts Worldwide, Inc., a Maryland corporation, d/b/a Sheraton Hotels & Resorts; Starwood Hotels & Resorts Management Company, Inc., a Delaware Corporation, d/b/a Sheraton Hotels & Resorts; Does I-X; White corporations I-V; and Black L.L.C.s I-V,<br><br>            Defendants. | No.<br><br>**NOTICE OF REMOVAL**<br><br>(Tort – Non-Motor Vehicle) |

Defendant SHERATON OPERATING CORPORATION (hereinafter "Sheraton") hereby gives notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, for the following reasons:

4811-2240-2829.1

A.   **This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

    1.   **There is complete diversity among the parties.**

There is complete diversity among the parties.  Plaintiffs Richard Bartleman and Dawn Bartleman are citizens of Maricopa County, Arizona, based upon the following:

    a)   They are residents of Maricopa County; [see Complaint attached hereto as Exhibit 1.]

    b)   They have maintained their residence in Maricopa County since at least 2002; [see LexisNexis Accurint search attached hereto as Exhibit 2.]

Sheraton Operating Corporation is a Delaware corporation with its principal place of business as 1111 Westchester Avenue, White Plains, New York.

Starwood Hotels & Resorts Worldwide is a Maryland corporation.  The principal place of business is 1111 Westchester Avenue, White Plains, New York.

Starwood Hotels & Resorts Management Company, Inc. is a Delaware corporation. The principal place of business is 1111 Westchester Avenue, White Plains, New York.[1]

For the purposes of removal, Sheraton has demonstrated that Plaintiffs are citizens of Arizona, i.e., that Arizona is "their state of domicile . . . where they reside with the intention to remain."  *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Therefore, Plaintiffs and Defendant are citizens of different states and complete diversity exists between them.

    2.   **The Amount in Controversy Exceeds $75,000.**

This lawsuit involves a personal injury action brought by Plaintiffs.  Sufficient

---

[1] Neither Starwood Hotels & Resorts Worldwide, Inc. nor Starwood Hotels & Resorts



evidence exists showing that the amount in dispute exceeds $75,000. Plaintiff Richard Bartleman has alleged that the value of his case exceeds $50,000 and that he has sustained a permanent injury resulting from a broken leg.

**B.    This Notice of Removal is Timely.**

Plaintiffs served Defendants through CT Corporation System on September 29, 2011. The 30-day deadline for removal is October 31, 2011.

**C.    Consent.**

Sheraton Operating Corporation has given their consent to the removal of this lawsuit to federal court. Neither Starwood Hotels & Resorts Worldwide, Inc. nor Starwood Hotels & Resorts Management Company, Inc. has been served but it is anticipated that they will consent to removal if and when they are served.

**D.    Attached Copies.**

Sheraton has attached copies of the original Complaint and Certificate of Compulsory Arbitration. [Exhibit 1.]

**E.    Service.**

Sheraton has served upon Plaintiffs a copy of this notice.

RESPECTFULLY SUBMITTED October 31, 2011.

                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                      By ___/s/ Kevin C. Nicholas_____
                                           Kevin C. Nicholas
                                           Michael F. Edgell
                                    Attorneys for Defendant Sheraton Operating Corp.

---

Management Company, Inc. has been served.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2011, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Connie Situ
27777-45

4811-2240-2829.1

4