**EXHIBIT 1**



# Service of Process Transmittal

09/29/2011
CT Log Number 519234436

**TO:** Keith Grossman
Starwood Hotels & Resorts Worldwide, Inc.
1111 Westchester Avenue
White Plains, NY 10604

**RE:** Process Served in Arizona

**FOR:** Starwood Hotels & Resorts Management Company, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Richard Bartleman and Dawn Bartleman, etc., Pltfs. vs. Sheraton Operating Corporation, etc., et al. including Starwood Hotels & Resorts Management Company, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate, Demand for Jury Trial |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2011017753 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/29/10 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/29/2011 at 12:52 |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | M.E. "Buddy" Rake, Jr.<br>Rake Law Group, P.C.<br>2701 East Camelback Road<br>Suite 160<br>Phoenix, AZ 85016<br>602 264 9081 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 795245277360<br>Image SOP<br>Email Notification, Keith Grossman keith.grossman@starwoodhotels.com<br>Email Notification, Dominic Smith dominic.smith@starwoodhotels.com<br>Email Notification, David Marshall David.Marshall@starwoodhotels.com<br>Email Notification, Nicole Tippa nicole.tippa@starwoodhotels.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Issis Gonzalez |
| **ADDRESS:** | 2394 E. Camelback Road<br>Phoenix, AZ 85016 |
| **TELEPHONE:** | 602-277-4792 |

Page 1 of 1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| 1 | **RAKE LAW GROUP, P.C.** |
| 2 | 2701 EAST CAMELBACK ROAD |
|   | SUITE 160 |
| 3 | PHOENIX, ARIZONA 85016 |
|   | Telephone (602) 264-9081 |
| 4 | Facsimile (602) 265-2628 |

M.E. "Buddy" Rake, Jr. #003452
brake@aztriallaw.com

Daniel T. Benchoff #021672
dbenchoff@aztriallaw.com

Attorneys for Plaintiffs

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

RICHARD BARTLEMAN and DAWN BARTLEMAN, husband and wife,

Plaintiffs,

vs.

SHERATON OPERATING CORPORATION, a Delaware corporation, as operator of Sheraton Wild Horse Pass Resort & Spa; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation, d/b/a Sheraton Hotels & Resorts; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC., a Delaware corporation, d/b/a Sheraton Hotels & Resorts; DOES I-X; WHITE CORPORATIONS I-V; and BLACK L.L.Cs I-V.

Defendants.

CV __CV2011-017753__

**SUMMONS**

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION.

**THE STATE OF ARIZONA TO THE DEFENDANT:**

**STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC.**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within 30 days after the service of the Summons

and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by Registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS §§ 20-222, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10 (d); ARS §12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorneys is:

> RAKE LAW GROUP, P.C.
> 2701 East Camelback Road
> Suite 160
> Phoenix, Arizona 85016-4326

SIGNED AND SEALED this date _____

_____
Clerk

By _____
Deputy Clerk

SEP 2 3 2011
MICHAEL K. JEANES, CLERK
A. FABIAN
DEPUTY CLERK

RAKE LAW GROUP, P.C.
2701 E. Camelback Road, Suite 160
PHOENIX, ARIZONA 85016
Telephone (602) 264-9081

2

**RAKE LAW GROUP, P.C.**
2701 EAST CAMELBACK ROAD
SUITE 160
PHOENIX, ARIZONA 85016
Telephone (602) 264-9081
Facsimile (602) 265-2628

M.E. "Buddy" Rake, Jr. #003452
brake@aztriallaw.com

Daniel T. Benchoff #021672
dbenchoff@aztriallaw.com

Attorneys for Plaintiffs




SEP 2 3 2011
MICHAEL K. JEANES, CLERK
A. FABIAN
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RICHARD BARTLEMAN and DAWN BARTLEMAN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERATON OPERATING CORPORATION, a Delaware corporation, as operator of Sheraton Wild Horse Pass Resort & Spa; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation, d/b/a Sheraton Hotels & Resorts; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC., a Delaware corporation, d/b/a Sheraton Hotels & Resorts; DOES I-X; WHITE CORPORATIONS I-V; and BLACK L.L.Cs I-V.<br><br>Defendants. | CV2011-017753<br><br>COMPLAINT<br><br>(Tort – Non-Motor Vehicle) |

Plaintiffs, by and through undersigned counsel, for their cause of action against the Defendants, allege as follows:

## JURISDICTION AND VENUE

1. Plaintiffs Richard Bartleman and Dawn Bartleman are husband and wife and residents of Maricopa County, Arizona.

2. Defendant Sheraton Operating Corporation is a Delaware corporation, does business in the state of Arizona, and is an operator of Sheraton Wild Horse Pass Resort & Spa.

3. Defendant Starwood Hotels & Resorts Worldwide, Inc. is a Maryland corporation and does business as Sheraton Hotels and Resorts.

4. Defendant Starwood Hotels & Resorts Management Company, Inc. is a Delaware corporation and does business as Sheraton Hotels and Resorts.

5. Upon information and belief, each of the Defendants identified in paragraphs two through four of this complaint (collectively "Defendants") owned, operated, managed or otherwise had control or authority over the premises located at the Sheraton Wild Horse Pass Resort & Spa in Maricopa County, Arizona.

6. Defendants, each of them, are legally responsible for the acts and omissions of their employees and/or agents.

7. Defendants Does I-X are individuals, including employees or agents of Defendants and other individuals involved in the design/construction of the waterslide, which may have liability to Plaintiffs related to the events complained of herein and whose identities are presently unknown to Plaintiffs and cannot presently be ascertained. Plaintiffs will seek permission to substitute the true names of these Defendants when they become known.

8. Defendants White Corporations I-V and Black L.L.C.s I-V are business entities which may have liability to Plaintiffs related to the events complained of herein, including any entity or entities which designed the waterslide in question, and whose identities are presently unknown to Plaintiffs and cannot presently be ascertained. Plaintiffs will seek permission to substitute the true names of these Defendants when they become known.

9. Venue in this Court is proper pursuant to A.R.S. § 12-401.

10. The amount in controversy exceeds the minimum jurisdictional limits of this court.

11. The events that give rise to the allegations contained herein occurred within Maricopa County, Arizona.

## GENERAL ALLEGATIONS

12. Plaintiffs incorporate by reference the preceding paragraphs as though fully set forth herein.

13. On or about May 29, 2010, Plaintiff Richard Bartleman was at the Sheraton Wild Horse Pass Resort and Spa with friends enjoying one of its four pools with cascading waterfalls, including its featured attraction, a 111-foot waterslide ("Waterslide").

14. As Plaintiff was coming down the Waterslide, suddenly and without warning, his left foot and leg became stuck on the curve and was forced in an awkward position causing a sudden snap.

15. By the time Plaintiff reached the end of the Waterslide and entered the pool, he was in immediate pain, suffering increasing swelling, and unable to walk or move about without increased pain.

16. As a result of this incident, Plaintiff Richard Bartleman was seriously and permanently injured.

17. As a result of this incident, Plaintiffs incurred medical expenses in connection with the treatment provided and may be forced to incur future medical expenses.

18. As a result of this incident, Plaintiff Dawn Bartleman sustained damages as set forth below.

## COUNT I
## NEGLIGENCE
### (All Defendants)

19. Plaintiffs incorporate by reference the preceding paragraphs as though fully set forth herein.

20. Defendants had a duty to Plaintiffs to exercise reasonable care in the selection of the design and specifications for the Waterslide, including selection of the entity or entities which designed and/or ultimately constructed the Waterslide.

21. Defendants at all times mentioned herein had a duty to Plaintiffs to make safe the premises at Sheraton Wild Horse Pass Resort & Spa, as well as to protect and warn Plaintiffs against foreseeable dangers on the premises.

22. Defendants breached their duties to Plaintiffs.

23. As a direct and proximate result of Defendants' breach, Plaintiffs have sustained damages as more specifically set forth below.

## COUNT II
## PREMISES LIABILITY
### (All Defendants)

24. Plaintiffs incorporate by reference the preceding paragraphs as though fully set forth herein.

25. Defendants are the owners and operators of Sheraton Wild Horse Pass Resort & Spa, or otherwise have control over these premises.

26. The Waterslide had a design, construction or other flaw which constituted an unreasonably dangerous condition on the premises.

27. Defendants or their employees were responsible for the selection, design and ultimate construction of the Waterslide at Sheraton Wild Horse Pass Resort & Spa, including the condition in question.

28. Defendants or employees either knew of this unreasonably dangerous condition in time to remedy the condition or to warn individuals such as Plaintiffs of the same; or the condition existed for a sufficient length of time that Defendants or its employees, in the exercise of reasonable care, should have known of it.

29. Defendants failed to warn Plaintiffs of the unreasonably dangerous condition, and/or otherwise failed to exercise reasonable care to prevent harm to Plaintiffs under the circumstances.

30. In the alternative, Defendants adopted a method of operation from which it could have been reasonably anticipated that that an unreasonably condition would regularly arise; and failed to exercise reasonable care to prevent harm under the circumstances.

5

31. As a direct and proximate result of Defendants' breaches and failures, Plaintiffs have sustained the damages more specifically set forth below.

### COUNT III
### VICARIOUS LIABILITY
(Defendants Sheraton Operating Corporation, Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts Management Company, Inc., White Corporations I-V, and Black L.L.C.s I-V)

32. Plaintiffs incorporate by reference the preceding paragraphs as though fully set forth herein.

33. At all times material hereto, Defendants Does I-X were acting within the course and scope of their employment with Defendants Sheraton Operating Corporation, Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts Management Company, Inc., White Corporations I-V and/or Black L.L.C.s I-V.

34. Consequently, Defendants Sheraton Operating Corporation, Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts Management Company, Inc., White Corporations I-V and/or Black L.L.C.s I-V are vicariously liable for the acts and/or omissions their agents and/or employees, Defendants Does I-X.

35. As a direct and proximate result of this vicarious liability, Plaintiffs have sustained the damages more specifically set forth below.

### DAMAGES

36. Plaintiffs incorporate by reference the preceding paragraphs as though fully set forth herein.

37. As a direct and proximate result of Defendants' negligence, each of them, Plaintiff Richard Bartleman suffered serious and permanent bodily injuries and, as a direct

result of these injuries, was required to incur medical expenses and may be forced to incur additional future medical expenses.

38. As a further direct and proximate result of Defendants' negligence, each of them, Plaintiff Richard Bartleman endured great pain, suffering, aggravation, inconvenience, mental and emotional upset to his life and day-to-day activities, as well as a loss of income, all of which may continue well into the future.

39. As a further direct and proximate result of the negligence of Defendants, each of them, Plaintiff Dawn Bartleman has been and continues to be denied the love, affection and consortium of her husband due to his injuries. She has been denied and will continue to be denied such love, affection and consortium as a result of the conduct of the Defendants, each of them, and has and will incur expenses paid by the marital community.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants, each of them, for such sum of money within the jurisdiction of the Court and for full and complete compensation, for general and special damages, for the losses that have been sustained in this matter, and for such other and further relief as the Court or jury may deem just and proper in this matter.

DATED September 22, 2011.

RAKE LAW GROUP, P.C.

_____
M.E. "Buddy" Rake, Jr.
Daniel T. Benchoff
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **RAKE LAW GROUP, P.C.** |
| 2 | 2701 EAST CAMELBACK ROAD |
| | SUITE 160 |
| 3 | PHOENIX, ARIZONA 85016 |
| | Telephone (602) 264-9081 |
| 4 | Facsimile (602) 265-2628 |
| 5 | M.E. "Buddy" Rake, Jr. #003452 |
| | brake@aztriallaw.com |
| 6 | Daniel T. Benchoff #021672 |
| | dbenchoff@aztriallaw.com |
| 7 | |
| 8 | Attorneys for Plaintiffs |



SEP 2 3 2011
MICHAEL K. JEANES, CLERK
A. FABIAN
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RICHARD BARTLEMAN and DAWN BARTLEMAN, husband and wife, | CV2011-017753 |
| Plaintiffs, | |
| vs. | DEMAND FOR JURY TRIAL |
| SHERATON OPERATING CORPORATION, a Delaware corporation, as operator of Sheraton Wild Horse Pass Resort & Spa; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation, d/b/a Sheraton Hotels & Resorts; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC., a Delaware corporation, d/b/a Sheraton Hotels & Resorts; DOES I-X; WHITE CORPORATIONS I-V; and BLACK L.L.Cs I-V. | |
| Defendants. | |

Plaintiffs, by and through undersigned counsel and pursuant to Rule 38 of the Arizona Rules of Civil Procedure (ARCP), hereby demand a trial by jury in the above-captioned matter.

DATED this 12nd day of September, 2011.

                                            RAKE LAW GROUP, P.C.

                                            /s/ Benchoff
                                            M.E. "Buddy" Rake, Jr.
                                            Daniel T. Benchoff
                                            Attorneys for Plaintiffs

RAKE LAW GROUP, P.C.
2701 E. Camelback Road, Suite 160
PHOENIX, ARIZONA 85015
Telephone (602) 264-9081

RAKE LAW GROUP, P.C.
2701 EAST CAMELBACK ROAD
SUITE 160
PHOENIX, ARIZONA 85016
Telephone (602) 264-9081
Facsimile (602) 265-2628

M.E. "Buddy" Rake, Jr. #003452
brake@aztriallaw.com

Daniel T. Benchoff #021672
dbenchoff@aztriallaw.com

Attorneys for Plaintiffs



SEP 2 3 2011



MICHAEL K. JEANES, CLERK
A. FABIAN
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| RICHARD BARTLEMAN and DAWN BARTLEMAN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERATON OPERATING CORPORATION, a Delaware corporation, as operator of Sheraton Wild Horse Pass Resort & Spa; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation, d/b/a Sheraton Hotels & Resorts; STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC., a Delaware corporation, d/b/a Sheraton Hotels & Resorts; DOES I-X; WHITE CORPORATIONS I-V; and BLACK L.L.Cs I-V.<br><br>Defendants. | CV2011-017753<br><br>CERTIFICATE REGARDING COMPULSORY ARBITRATION |

Undersigned counsel certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case is <u>not</u> subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure (ARCP).

DATED this ⎽⎽⎽ day of September, 2011.

                                             RAKE LAW GROUP, P.C.

                                             _____
                                             M.E. "Buddy" Rake, Jr.
                                             Daniel T. Benchoff
                                             Attorneys for Plaintiffs

RAKE LAW GROUP, P.C.
2701 E. Camelback Road, Suite 160
PHOENIX, ARIZONA 85016
Telephone (602) 264-9081

**EXHIBIT 2**

Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer

## Comprehensive Report

**Date:** 10/27/11
**Reference Code:** 27777-34

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

**Report processed by:**

Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa St
Los Angeles, CA 900122663
213-250-1800 Main Phone
916-564-5444 Fax

**Subject Information**
**(Best Information for Subject)**
Name: **RICHARD BARTLEMAN**
Date of Birth: **7/xx/1983**
Age: **28**
SSN: **528-43-xxxx** issued in **Utah** between **1/1/1983** and **12/31/1984**

**AKAs**
**(Names Associated with Subject)**
**RICHARD BARTLEMAN**
  Age: **29**   SSN: **528-43-xxxx**
**RICHARD S BARTLEMAN**
  Age: **28**   SSN: **528-43-xxxx**
**RICHARD P BARTLEMAN**
  Age: **28**   SSN: **528-43-xxxx**
**RICH BLASOR**
  Age: **28**   SSN: **528-43-xxxx**
**RICHARD S BLASOR**
  Age: **28**   SSN: **528-43-xxxx**
**RICKY BARTLEMAN**
  SSN: **528-43-xxxx**

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  [None Found]

**Comprehensive Report Summary:**
  Bankruptcies:
    None Found
  Liens and Judgments:
    None Found
  UCC Filings:
    None Found
  Phones Plus:
    None Found
  People at Work:
    2 Found
  Driver's License:

Comprehensive Report

```
  None Found
Address(es) Found:
   0 Verified and 9 Non-Verified Found
Possible Properties Owned:
   3 Found
Motor Vehicles Registered:
   None Found
Watercraft:
   None Found
FAA Certifications:
   None Found
FAA Aircrafts:
   None Found
Possible Criminal Records:
   None Found
Sexual Offenses:
   None Found
Florida Accidents:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   None Found
Hunting/Fishing Permit:
   None Found
Concealed Weapons Permit:
   None Found
Possible Associates:
   4 Found
Possible Relatives:
   1st Degree - 6 Found
   2nd Degree - 5 Found
   3rd Degree - 5 Found
Neighbors:
   1st Neighborhood - 4 Found
   2nd Neighborhood - 4 Found
   3rd Neighborhood - 4 Found
```

**Address Summary:**

   3597 S WEAVER CIR E, GILBERT  AZ 85297-4946, MARICOPA COUNTY ( 2009 - Sep 2011)
   1129 E HARVEST RD, SAN TAN VALLEY  AZ 85140-5421, PINAL COUNTY (Nov 2005 - Mar 2011)
   14451 S 40TH ST, PHOENIX  AZ 85044-6119, MARICOPA COUNTY (Oct 2004 - Apr 2006)
   16013 S DESERT FOOTHILLS PKWY APT 2021, PHOENIX  AZ 85048-8448, MARICOPA COUNTY (Nov 2003 - Nov 2004)
   2214 W OLIVE WAY, CHANDLER  AZ 85248-4183, MARICOPA COUNTY (Jul 2004)
   1256 E 9TH AVE, MESA  AZ 85204-4301, MARICOPA COUNTY (Feb 2001 - Nov 2003)
   11221 S 51ST ST APT 2026, PHOENIX  AZ 85044-1764, MARICOPA COUNTY (Dec 2002 - Feb 2003)
   3625 E RAY RD APT 109, PHOENIX  AZ 85044-7118, MARICOPA COUNTY (Aug 2002)
   3716 MILLER CIR NW, ALBUQUERQUE  NM 87107-2820, BERNALILLO COUNTY (Feb 2001)

**Bankruptcies:**
   [None Found]

**Liens and Judgments:**
   [None Found]

**UCC Filings:**
   [None Found]

**Phones Plus(s):**
   [None Found]

**People at Work:**
   Name: RICHARD BARTLEMAN

Comprehensive Report

2

Comprehensive Report

Title: CONTACT
SSN: 528-43-xxxx
Company: SUGGESTIVE COM LLC
Address: 1129 E HARVEST RD, SAN TAN VALLEY  AZ 85140-5421
Phone:
FEIN:
Dates: Aug 10, 2010

Name: RICHARD BARTLEMAN
Title: MEMBER;MANAGER
SSN: 528-43-xxxx
Company: SUGGESTIVE.COM LLC
Phone:
FEIN:
Dates: Aug 10, 2010

**Driver's License Information:**
   [None Found]

**Previous And Non-Verified Address(es):**
   3597 S WEAVER CIR E, GILBERT  AZ 85297-4946, MARICOPA COUNTY ( 2009 - Sep 2011)
      **Name Associated with Address:**
         RICHARD BARTLEMAN
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number -
               Name Owner : BARTLEMAN, RICHARD & DAWN
            Property Address: - 3597 S WEAVER CIR, GILBERT  AZ 85297, MARICOPA COUNTY
            Owner Address: 3597 S WEAVER CIR, GILBERT  AZ 85297, MARICOPA COUNTY
               Name of Seller : RICHMOND AMERICAN HMS OF ARIZONA
            Data Source - A
      **Neighborhood Profile (2000 Census)**
         Average Age: 32
         Median Household Income: $65,750
         Median Owner Occupied Home Value: $229,600
         Average Years of Education: 13
   1129 E HARVEST RD, SAN TAN VALLEY  AZ 85140-5421, PINAL COUNTY (Nov 2005 - Mar 2011)
      **Name Associated with Address:**
         RICHARD P BARTLEMAN
      **Current Residents at Address:**
         JOANNE M DEBIASI
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number - 109-25-013
               Name Owner : BLASOR DAWN E
            Property Address: - 1129 E HARVEST RD, QUEEN CREEK  AZ 85140-5421, PINAL COUNTY
            Owner Address: 1129 E HARVEST RD, QUEEN CREEK  AZ 85140-5421, PINAL COUNTY
            Total Market Value - $79,980
            Assessed Value - $7,998
            Land Value - $12,000
            Improvement Value - $67,980
            Land Size - 6970 SF
            Year Built - 2005
            Data Source - B
      **Neighborhood Profile (2000 Census)**
         Average Age: 32
         Median Household Income: $42,930
         Median Owner Occupied Home Value: $115,300
         Average Years of Education: 12
   14451 S 40TH ST, PHOENIX  AZ 85044-6119, MARICOPA COUNTY (Oct 2004 - Apr 2006)
      **Name Associated with Address:**
         RICHARD BARTLEMAN
      **Current Residents at Address:**
         DAVID J BAZAY
         JOHN M BAZAY
         NATASHA T HILL
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number - 301-77-596

Comprehensive Report

  Name Owner : MORRISON JEFFREY GLENN
  Property Address: - 14451 S 40TH ST, PHOENIX  AZ 85044-6119, MARICOPA COUNTY
  Owner Address: 6016 BAKERS PL, HANOVER  MD 21076-1049, HOWARD COUNTY
  Total Market Value - $195,200
  Assessed Value - $19,520
  Land Value - $39,000
  Improvement Value - $156,200
  Land Size - 7823 SF
  Year Built - 1986
  Data Source - B
**Neighborhood Profile (2000 Census)**
  Average Age: 31
  Median Household Income: $61,793
  Median Owner Occupied Home Value: $155,900
  Average Years of Education: 15
16013 S DESERT FOOTHILLS PKWY APT 2021, PHOENIX  AZ 85048-8448, MARICOPA COUNTY (Nov 2003 - Nov 2004)
**Name Associated with Address:**
  RICHARD BARTLEMAN
**Neighborhood Profile (2000 Census)**
  Average Age: 31
  Median Household Income: $73,750
  Median Owner Occupied Home Value: $149,200
  Average Years of Education: 15
2214 W OLIVE WAY, CHANDLER  AZ 85248-4183, MARICOPA COUNTY (Jul 2004)
**Name Associated with Address:**
  RICHARD S BARTLEMAN
**Current Residents at Address:**
  ERIN L SCHERMERHORN
  CHRISTOPHER P WHITTON
  480-588-5384 WHITTON CHRIS
**Property Ownership Information for this Address**
  Property:
    Parcel Number - 303-49-016
      Name Owner : BLASOR KENNETH A & DEENA L
    Property Address: - 2214 W OLIVE WAY, CHANDLER  AZ 85248-4183, MARICOPA COUNTY
    Owner Address: 2214 W OLIVE WAY, CHANDLER  AZ 85248-4183, MARICOPA COUNTY
    Sale Price - $235,900
    Total Market Value - $233,600
    Assessed Value - $23,360
    Land Value - $46,700
    Improvement Value - $186,900
    Land Size - 6726 SF
    Year Built - 1998
    Data Source - B
**Neighborhood Profile (2000 Census)**
  Average Age: 32
  Median Household Income: $88,449
  Median Owner Occupied Home Value: $219,500
  Average Years of Education: 15
1256 E 9TH AVE, MESA  AZ 85204-4301, MARICOPA COUNTY (Feb 2001 - Nov 2003)
**Name Associated with Address:**
  RICHARD BARTLEMAN
**Current Residents at Address:**
  GREGORY JOHN CRESPO
  JORGE E MUNGUIA SR
  CARLOS A ESTRADA
  GUILLERMINA H QUINTERO
  480-610-0155
**Property Ownership Information for this Address**
  Property:
    Parcel Number -
      Name Owner : MUNGUIA, JORGE
    Property Address: - 1256 E 9TH AVE, MESA  AZ 85204-4301, MARICOPA COUNTY
    Data Source - A
**Neighborhood Profile (2000 Census)**
  Average Age: 29
  Median Household Income: $45,000
  Median Owner Occupied Home Value: $97,300
  Average Years of Education: 12
11221 S 51ST ST APT 2026, PHOENIX  AZ 85044-1764, MARICOPA COUNTY (Dec 2002 - Feb 2003)