Marvel Eugene "Buddy" Rake, Jr. (SBN 003452)
Email: brake@aztriallaw.com
Daniel T. Benchoff (SBN 021672)
Email: dbenchoff@aztriallaw.com
RAKE LAW GROUP, P.C.
2701 E. Camelback Road, Suite 160
Phoenix, AZ 85016
Telephone: (602) 264-9081
Facsimile: (602) 265-2628
Attorneys for Plaintiffs Richard and Dawn Bartleman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Bartleman and Dawn Bartleman,<br><br>Plaintiffs,<br><br>v.<br><br>Sheraton Operating Corporation et al.,<br><br>Defendants. | **PLAINTIFFS' MOTION TO DISMISS DEFENDANTS PACE AND WHITEWATER ONLY**<br><br>CV 11-2148-PHX-JAT<br><br>Judge James A. Teilborg |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs move the Court for dismissal with prejudice of Defendants Pacific Advanced Civil Engineering, Inc., Pacific Aquascape, Inc., and WhiteWater West Industries, Ltd. only. Plaintiffs and these Defendants have reached a settlement of the claims asserted, and therefore dismissal of these defendants with prejudice is appropriate at this time.

Defendants Sheraton Operating Corporation, Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts Management Company, Inc. are not being dismissed and will remain parties to this action.

**DATED** this 26th day of August, 2013.

                      RAKE LAW GROUP, P.C.

                      /s/ Daniel T. Benchoff
                      M.E. "Buddy" Rake, Jr.
                      Daniel T. Benchoff
                      Attorneys for Plaintiffs Richard & Dawn Bartleman

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, I electronically transmitted the foregoing documents to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Diana Higuera