# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Bartleman and Dawn Bartleman,<br><br>                    Plaintiffs,<br><br>v.<br><br>Sheraton Operating Corporation et al.,<br><br>                    Defendants. | **CV 11-2148-PHX-JAT**<br><br>**ORDER** |

    IT IS ORDERED that the motion to dismiss Defendants Pacific Advanced Civil Engineering, Inc., Pacific Aquascape, Inc., and WhiteWater West Industries, Ltd. (Doc. 115) is granted.  Defendants Pacific Advanced Civil Engineering, Inc., Pacific Aquascape, Inc., and WhiteWater West Industries, Ltd. are dismissed, with prejudice, each party to bear its own fees and costs regarding this dismissal.

    IT IS FURTHER ORDERED that the Cross-Claim of Pacific Advanced Civil Engineering, Inc., Pacific Aquascape, Inc., and WhiteWater West Industries, Ltd. against Roes I-20 is dismissed, without prejudice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS FINALLY ORDERED that the Sheraton Defendant's "reservation of rights" in their response (Doc. 117) is subject to this Court's Rule 16 scheduling order (Doc. 17, n. 2) and such deadline is not extended by the filing of Doc. 117.

Dated this 10th day of September, 2013.

_____
James A. Teilborg
Senior United States District Judge